IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

**FILED**

JAN 2 4 2012

CLERK, U.S. DISTRICT COURT
by_____
Deputy

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CASE NO.:  3:11-CR-250-M (21) |
| | ) | |
| KAYLEE SHAE SIMONS | ) | |

## REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY

KAYLEE SHAE SIMONS, by consent, under authority of United States v. Dees, 125 F.3d

261 (5th Cir. 1997),  has appeared before me pursuant to Fed. R. Crim.P. 11,  and has entered a plea

of guilty to Count(s) 1 of the superseding Information.  After cautioning and examining KAYLEE

SHAE SIMONS under oath concerning each of the subjects mentioned in Rule 11, I determined that

the guilty plea was knowledgeable and voluntary and that the offense(s) charged is supported by an

independent basis in fact containing each of the essential elements of such offense.  I therefore

recommend that the plea of guilty, and the plea agreement, be accepted, and that KAYLEE SHAE

SIMONS be adjudged guilty and have sentence imposed accordingly.

Date:   January 24, 2012

RENÉE HARRIS TOLIVER
UNITED STATES MAGISTRATE JUDGE

## NOTICE

Failure to file written objections to this Report and Recommendation within ten (10) days
from the date of its service shall bar an aggrieved party from attacking such Report and
Recommendation before the assigned United States District Judge. 28 U.S.C. §636(b)(1)(B).